```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ENTSORGAFIN S.P.A,                                           :
                                                             :
                            Plaintiff,                       :
                                                             :           22-cv-1559 (LJL)
              -v-                                            :
                                                             :                ORDER
ENTSORGA WEST VIRGINIA, LLC,                                 :
                                                             :
                            Defendant.                       :
                                                             :
-------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

As discussed at the conference held today:

- The deadline for initial disclosures and for responses to interrogatories is July 8, 2022.
- The deadline for fact discovery is extended to October 28, 2022.
- The deadline for the completion of expert discovery and all discovery is extended to December 12, 2022.
- The deadline for motions for summary judgment is extended to December 19, 2022.

The deadline to file amended pleadings is also extended to July 15, 2022.

The post-discovery status conference scheduled for November 17, 2022 is RESCHEDULED to December 13, 2022 at 11:00 a.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

The application for Bressler, Amery & Ross, P.C. to withdraw as counsel for Defendant Entsorga West Virginia LLC is also hereby GRANTED.

SO ORDERED.

Dated: June 24, 2022
       New York, New York                    _____
                                                      LEWIS J. LIMAN
                                                United States District Judge