# PELLEGRINI & MENDOZA LLP

250 Park Avenue, 7th floor
New York, NY 10177
TEL: (212) 739-9480
FAX: (212) 739-9607

July 11, 2022

<u>**VIA ECF**</u>

The Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007-1312

   Re: Update re Compliance with June 24, 2022 Court Order
      Entsorgafin S.p.A. v. Entsorga West Virginia, LLC
      Case Number 1:22-cv-01559-LJL

Dear Judge Liman:

  This communication wishes to provide an update with respect to the order of this Court dated June 24, 2022 ("**Court Order**") amending the previously ordered Case Management Plan dated May 31, 2022.

  Pursuant to said Court Order, Entsorga West Virginia, LLC ("**Defendant**") was required to respond to Entsorgafin S.p.A.'s (**"Plaintiff"**) First Set of Interrogatories and submit its Initial Disclosures by no later than July 8, 2022. Defendant did not respond to the First Set of Interrogatories and did not submit its Initial Disclosures by the mandated deadline.

  Pursuant to said Court Order, Plaintiff is allowed to submit an amended complaint by no later than July 15, 2022. As your Honor may remember, the scope of the First Set of Interrogatories was to confirm certain facts supporting this Court's diversity jurisdiction that are mostly unavailable to Plaintiff, with respect to the citizenship of the limited liability company members of Defendant. Therefore, as previously indicated, Plaintiff intends to timely file its amended complaint, which with respect to the diversity jurisdiction of this Court, shall be

July 11, 2022

based upon "information and belief" from public disclosures made by Defendant's parent company and controlling member.

        Very truly yours,

        /s/ Enrico A. Pellegrini, Esq.
        Enrico A. Pellegrini, Esq. (Bar No. SDNY EP0571)
        Pellegrini & Mendoza LLP
        *Plaintiff's Counsel*

CC:   **VIA U.S. CERTIFIED MAIL**
      Entsorga West Virginial, LLC
      Attn: Chief Executive Officer and/or Chief Financial Officer
      119 Recovery Way
      Martinsburg, WV 25405