# PELLEGRINI & MENDOZA LLP

250 Park Avenue, 7th floor
New York, NY 10177
TEL: (212) 739-9480
FAX: (212) 739-9607

October 21, 2022

<u>VIA ECF</u>

The Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007-1312

      **Re: Entsorgafin S.p.A. v. Entsorga West Virginia, LLC**
           **Case Number 1:22-cv-01559-LJL**

Dear Judge Liman:

    The present communication respectfully wishes to request this Court's guidance with respect to this Court's expectations toward Entsorgafin S.p.A. (the "**Plaintiff**") in light of Entsorga West Virginia, LLC's (the "**Defendant**") continued failure to appoint any successor legal counsel in this action and the ensuing inability for Plaintiff to further comply with the Case Management Plan.

    Specifically, on September 23, 2022, Plaintiff filed with this Court its motion for summary judgment and as per your Honor's Individual Practices did not include a return date. Given Defendant's present lack of representation, Plaintiff is unable to present a briefing schedule to this Court.

               Very truly yours,

               /s/ Enrico A. Pellegrini, Esq.
               Enrico A. Pellegrini, Esq. (Bar No. SDNY EP0571)
               Pellegrini & Mendoza LLP
               *Plaintiff's Counsel*