**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ENTSORGAFIN S.P.A.,

                Plaintiff,                22 **CIVIL** 1559 (LJL)

    -against-                    **<u>JUDGMENT</u>**

ENTSORGA WEST VIRGINIA, LLC,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 4, 2023. Plaintiff is awarded damages in the amount of $1,566,440.32; accordingly, the case is closed.

**Dated:**  New York, New York
          October 04, 2023

                                      **RUBY J. KRAJICK**

                                      _____
                                        **Clerk of Court**
           **BY:**
                                      _____
                                        **Deputy Clerk**